IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA DIGIOVANNANGELO | : | CIVIL ACTION |
| and FRANK DIGIOVANNANGELO | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| EDWARD KEIR and | : | |
| DONALD A. KEIR | : | NO.  02-CV-4986 |

## PROOF OF FILING

ROBYN F. McGRATH deposes and says that she is an attorney for the Firm of SWEENEY & SHEEHAN, attorneys for Defendant, Edward Keir and Donald A. Keir; and that she did direct the filing with the Prothonotary of the Court of Common Pleas of Philadelphia County a copy of the Notice of Removal attached hereto by having a copy of the same delivered to the Prothonotary on July 23, 2002.

_____
ROBYN F. McGRATH