IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| BRENDA DIGIOVANNANGELO<br>FRANK DIGIOVANNANGELO<br><br>v.<br><br>EDWARD KEIR<br>DONALD A. KEIR | :<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br>No. 02-4986 |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on December 11, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                                Michael E. Kunz
                                                Clerk of Court


                                                By:_____
                                                Crystal Wardlaw
                                                Deputy Clerk
                                                Phone:267-299-7073

Date:<u>September 4, 2002</u>

Copies:     Elizabeth Purnell, Courtroom Deputy to Judge Marvin Katz
                  Docket Clerk - Case File

        Counsel:        Michael B. Krupnick, Esq.
                           Robyn Farrell McGrath, Esq.

ARB2.FRM