IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRENDA DIGIOVANNANGELO, et al.,**<br>        Plaintiffs,<br><br>    v.<br><br>**EDWARD KEIR, et al.,**<br>        Defendants. | **CIVIL ACTION NO. 02-4986** |

# O R D E R

**AND NOW,** this 4th day of December, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

_____
**MARVIN KATZ, S.J**.